# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Roman Aminov, §<br>        Plaintiff §<br><br>                              §<br>vs.                           § | Index NO.<br><br>**JURY TRIAL**<br>**DEMANDED** |
| SHELLPOINT PARTNERS LLC,<br><br>NEWREZ LLC<br>                §<br>        Defendant(s) § | |

## COMPLAINT

Plaintiff, Roman Aminov, for his Complaint alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court arises under 15 U.S.C. §1692 k(d), 28 U.S.C. §1331, and 28 U.S.C. §1337.

2. Venue is proper in the United States Court for the Southern District of New York under 28 U.S.C. §1391 (b).

3. This Court has supplemental jurisdiction for the state law claims pursuant to 28 U.S.C. §1367. Declaratory relief is available pursuant to 28 U.S.C. §2201 and 2202.

1

# INTRODUCTION

## Nature Of the Action

4.      This is an action for damages brought by an individual plaintiff for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

Plaintiff seeks to recover all monetary damages for Defendant's violations, declaratory relief that the defendants violated the law and an Order or injunction issued by this Court preventing Defendants from continuing its unaaceptable behaviors against others similarly situated.

## PLAINTIFF

5.      Plaintiff  ROMAN AMINOV is a consumer who has been the object of efforts to collect a consumer debt as defined in the FDCPA §1692 a (3).

## DEFENDANTS

6.      Defendant, Shellpoint Partners LLC,   , is registered with NYS Department of State, Shellpoint Partners LLC, at Two Grand Central Tower 140 East 45th st.,  New York, NY 10017, Shellpoint Partners LLC,  is a debt collector as defined under FDCPA 1692a (6).

7. Defendant, NEWREZ LLC, is registered with NYS Department of State, , at 80 State St, Albany, NY 12207 (c/o Corporation Service Company). NEWREZ LLC is a debt collector as defined under FDCPA 1692a (6).

## FACTUAL ALLEGATIONS

8. FDCPA prohibits a "debt collector" from (1) engaging in "any conduct the natural consequence of which is to harass, oppress, or abuse any person " 15 U.S.C. 1692 d ; (2)making " false, deceptive, or misleading representation " 15 U.S.C. 1692e; or (3) using "unfair or unconscionable means" to attempt to collect any debt" 15 U.S.C. 1692f.

9. In numerous instances, Defendants directly and indirectly have used false, deceptive and misleading representations or means in violation of section 807 of the FDCPA , 15 USC 1692 (e) including but not limited to:

10. In numerous instances, Defendants, directly or indirectly have used false representations concerning the character, amount or legal status of the alleged debt in violation of 1692 (e)(2)(a)

In numerous instances, Defendants, directly or indirectly have failed to communicate with the consumer when the alleged debt was disputed.

10. Refusal to indicate in writing the forbearance agreement as to the full terms discussed.

11. Caused unnecessary delays to respond and process the coronavirus induced hardship request (my loan is Fannie Mae).Failure to correct the above for weeks upon repeated requests (including requests in writing)

12. I contacted ShellPoint and NewRez in regards to coronavirus induced hardship multiple times, including in writing.

13. On June 25, 2020 I confirmed the terms of forbearance with the Defendants representative,

Antonia Buchanan, Loss Mitigation Specialist, Toll Free: 866-825-2174 8 including "*the payments on forbearance are to be paid off at the end of the loan in a lump sum.*" which Ms Buchanan confirmed as true on June 26th 8.09am. I asked her again to "include the following clause in the agreement: " the payments on forbearance are to be paid off at the end of the loan in a lump sum." as we discussed below.

14. Ms Buchanan refused to correct the agreement she originally sent me and told me to contact their general email . At that point I told Ms Buchanan that I already submitted multiple requests to the general mailbox and they transferred me to her. As she confirmed in her last email, I was requesting the exact same wording to be added to the agreement.

15. Ms Buchanan gave multiple excuses not to give me anything in writing including the following excuses that:

16. she does "not send letters "while her first communication was a letter agreement, the very same one I was asking to correct to reflect the statement we discussed. "The letter may have my name on it but I do not write letters at all. ""Your loan will be reassigned to a new point of contact by this afternoon as I am no longer on the team that handles your account."  and many more

17. Multiple requests have been placed with the Defendants to I kept correct the situation for days to no avail.

18. Instead of communicating back via email as per the original contact , I received a letter in the mail notifying me of extra charges in conjunction with the insurance expenses while I have insurance coverage as a masterpolicy for the building and the unit.

19. I furnished the insurance information for the building and my apartment to Defendants but charges were not removed.

20. I contacted multiple regulatory agencies of New York with request to help.

21. Defendants removed the charges after a prolong period of time causing me extreme worry and sleep deprivation.

22. Defendants failed to make adjustments to the contract as they have represented to me verbally and in writing.

**COUNT I—FDCPA as against all defendants.**

Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

The forgoing acts of Defendants and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, 15 U.S.C. §1692 (e) and (f) with respect to the Plaintiff.

43.     Defendants violated FDCPA by the use of false, deceptive, or misleading representations or means in connection with the collection of the debt allegedly owed by Plaintiff. Such conduct constitutes a false representation of the character, amount or legal status of any debt, pursuant to §1692 (e).

44.     As a result of the Defendant's illegal conduct, Plaintiff has suffered anxiety, headaches, sleep deprivation, nervousness, grief, emotional distress and other damages.

45.     Defendants violated FDCPA by the use of false, deceptive, or misleading representations or means in connection with the collection of the debt allegedly owed by Plaintiff. Such conduct constitutes a false representation of the character, amount or legal status of any debt, pursuant to §1692 (e).

46.     The course and conduct of all defendants was done negligently, and directly and proximately caused serious injury to Plaintiff.

47.     Defendants' aforementioned conduct violated the FDCPA.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the FDCPA;

b) Awarding Plaintiff statutory damages of each violation, pursuant to 15 U.S.C. §1692k (a)(2)(A)

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k(a)(1);

d) Awarding Plaintiff all costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

g) Declaratory judgment and an order enjoining Defendants from engaging in similar misleading and oppressive conduct with others similarly situated.

h) Award such relief as the Court finds necessary to redress injury resulting from Defendants violations of the FDCPA including but not limited rescission and reformation of the contract, the refund of monies paid and the disgorgement of ill-gotten gains.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. On Count I: declaratory judgment that Defendants' conduct violated FDCPA, actual damages, statutory damages and all costs pursuant to 15 U.S.C. §1692k.

2. Such other and further relief as may be just and proper.

## TRIAL BY JURY

Plaintiff is entitled to and hereby respectfully demands a trial by jury.

FOR PLAINTIFF

Roman Aminov

Pro se

To: SDNY, 500 Pearl St, New York, NY 10007