UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
ROMAN AMINOV,                                                 :
                              Plaintiff,                      :
          -against-                                           :     21 Civ. 5585 (LGS)
                                                              :
SHELLPOINT PARTNERS LLC, et al..                              :     <u>ORDER</u>
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for October 7, 2021.  (Dkt. No. 5.)

WHEREAS, this Court's October 7, 2021, Order required the parties to file a joint letter and proposed case management plan by September 30, 2021.  (Dkt. No. 5.)

WHEREAS, on September 30, 2021, Plaintiff, proceeding pro se, filed a motion requesting to adjourn the conference until after Defendants have appeared.  In his motion, Plaintiff stated Defendants have been served via the Division of Corporations.  (Dkt. No. 7.)

WHEREAS, on October 1, 2021, the Court adjourned the initial conference scheduled for October 7, 2021 to November 4, 2021 at 10:40 a.m.  (Dkt. No. 8.)

WHEREAS, no joint letter or proposed case management plan has been filed and Defendants have not yet appeared.  It is hereby

**ORDERED** that the initial conference scheduled for November 4, 2021, is **ADJOURNED** to **November 18, 2021**.  The parties shall file a joint letter and case management plan by **November 9, 2021**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, who is proceeding pro se.

Dated: October 29, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**