UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roman Aminov,

                Plaintiff,

-against-

Shellpoint Partners LLC, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2022

1:21-cv-05585 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Pending before the Court is Plaintiff's motion for sanctions based upon the failure of representatives of Defendants Shellpoint Partners LLC and Newrez LLC (collectively, the "Defendants") to participate in the remote settlement conference that was held before me on January 21, 2022. (Pl.'s Mot. for Sanctions, ECF No. 27.) Plaintiff's motion is DENIED.

    During the January 21 conference, I excused the failure of Defendants' representatives to attend and set deadlines for each of Plaintiff and Defendants to do certain things in advance of a follow-up settlement conference (which deadlines remain in place). In addition, I directed that a representative of the Defendants must appear at the next conference with authority to settle the case. In the event that a representative(s) on behalf of both Defendants fails to appear at the next conference, sanctions shall be imposed.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
January 25, 2022

*Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge